IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RODERICK LAMAR SANFORD,       )
                              )
          Petitioner,         )
                              )     1:18-cr-193-1
     v.                       )     1:20-cv-539
                              )
UNITED STATES OF AMERICA,     )
                              )
          Respondent.         )
```

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b), (Doc. 193), and, on June 27, 2023, was served on the parties in this action (see Doc. 194). Petitioner filed Objections to the Magistrate Judge's Recommendation. (Doc. 195.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

The court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de

novo determination in accord with the Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 193), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (Doc. 163), and Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (Doc. 167), are **DENIED.**

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is **DENIED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 31st day of July, 2023.

/s/ William L. Osteen, Jr.
United States District Judge